**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 13-cr-0076-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    ANDRE J. TWITTY**

    Defendant.

---

**ORDER TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT**

---

This matter is before the Court on the Defendant's Unopposed Motion for Disclosure of Grand Jury Material pursuant to Fed. R. Crim. P. 16(a)(1). (ECF No. 49.) The Court has reviewed the motion and finds good cause to grant the relief requested.

Accordingly, the Court hereby ORDERS as follows:

1. Defendant's Unopposed Motion for Disclosure of Grand Jury Materials (ECF No. 49) is GRANTED;

2. The Government may disclose the grand jury testimony and grand jury documents to Andre Twitty and his advisory counsel Michael Dowling in the course of discovery in this case, subject to the following:

    a.    such materials shall only be used in defending this case;

    b.    that such materials are disclosed only to Defendant, Andre Twitty and his advisory counsel;

    c.    that the materials shall not be reproduced or disseminated; and

d. that such materials shall be returned to the United States at the end of the case.

Dated this 7th day of August, 2013.

BY THE COURT:

William J. Martinez
United States District Judge