IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00076-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE J. TWITTY,

    Defendant.

## ORDER OF RECUSAL

On September 20, 2013, this case was reassigned to the undersigned judge from Judge William J. Martinez (Doc. # 75). Upon review of the file, and for the reasons set forth in Judge Martinez's very thorough Order (Doc. # 74) granting recusal, the undersigned judge hereby RECUSES herself from this matter. It is, therefore,

ORDERED that the Judge's file be returned to the Clerk's office for this case to be reassigned by random draw.

DATED: October __22__, 2013

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge